UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYREE MAURICE MITCHELL, | ) | NO. EDCV 13-456-SJO (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| J. G. JANDA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

February 6, 2014.

DATED: _____    _____
                                                                    S. JAMES OTERO
                                                          United States District Judge